# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 79CR0276-MMA |
|---|---|---|
| Plaintiff, | ) ) | **JUDGMENT AND ORDER OF DISMISSAL OF INDICTMENT AND RECALL ARREST WARRANT** |
| v. | ) ) | |
| SERGIO CASTILLA-SILVA, aka Enrique Rios-Silva, | ) ) | [Doc. No. 6] |
| Defendant. | ) ) | |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

**IT IS HEREBY ORDERED** that the Indictment in the above entitled case be dismissed without prejudice, and the Arrest Warrant be recalled.

**IT IS SO ORDERED**.

DATED: November 10, 2015

HON. MICHAEL M. ANELLO
United States District Judge